## KRAMER ET AL. *v.* KRAMER.

[No. 16,624.   Filed May 27, 1941.]

*Benjamin F. Zieg,* of Evansville, for appellants.

*Ernest J. Crenshaw,* of Evansville, for appellee.

FLANAGAN, J.—This is a companion case to *Kramer et al.* v. *Kramer et al.* (1941), *ante,* p. 135, 33 N. E. (2d) 360. The two are the same except as to the real estate involved. The same questions raised on this appeal were presented in the companion case and decided adversely to appellants. On the authority of that case, judgment herein is affirmed.

NOTE.—Reported in 34 N. E. (2d) 158.